

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00412-CR

Alex **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11550
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 22, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.

_____
Keith E. Hottle
Clerk of Court